E-filing

FILED

JUL 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ADR

Paden, Courtney                              )
                                             )   C08-03673
                                             )
                    Plaintiff,               )   CASE NO. _____
                                             )                                    EMC
        vs.                                  )   **APPLICATION TO PROCEED**
                                             )   **IN FORMA PAUPERIS**
Family Service Agency of San Francisco       )   **(Non-prisoner cases only)**
                                             )
                    Defendant.               )
                                             )

I, _Courtney Paden_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?                    Yes ____ No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _not applicable_____    Net: _not applicable_____

Employer: _not applicable_____

_not applicable_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  6/27/08 was my last day of employment;  Gross salary: 1,576.92 and Net salary : 1,255.24.

3  not applicable

4  not applicable

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or                    Yes ____ No _✓_

8            self employment?

9      b.    Income from stocks, bonds,                  Yes ____ No _✓_

10            or royalties?

11      c.    Rent payments?                             Yes ____ No _✓_

12      d.    Pensions, annuities, or                    Yes ____ No _✓_

13            life insurance payments?

14      e.    Federal or State welfare payments,         Yes ____ No _✓_

15            Social Security or other govern-

16            ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  not applicable

20  not applicable

21  3.    Are you married?                               Yes ____ No _✓_

22  Spouse's Full Name: _not applicable_

23  Spouse's Place of Employment: _not applicable_

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $ not applicable          Net $ not applicable

26  4.    a.    List amount you contribute to your spouse's support:$ _not applicable_

27        b.    List the persons other than your spouse who are dependent upon you for support

28            and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    not applicable

3    not applicable

4    5.    Do you own or are you buying a home?    Yes ____ No ✓

5    Estimated Market Value: $ not applicable    Amount of Mortgage: $ not applicable

6    6.    Do you own an automobile?    Yes ✓ No ____

7    Make Toyota    Year 2000    Model Camry

8    Is it financed? Yes ____ No ✓ If so, Total due: $ not applicable

9    Monthly Payment: $ not applicable

10    7.    Do you have a bank account?  Yes ✓ No ____ (Do not include account numbers.)

11    Name(s) and address(es) of bank: Wells Fargo Bank

12    1374 Fitzgerald Drive Pinole, CA

13    Present balance(s):  $ 585.00

14    Do you own any cash?  Yes ✓ No ____  Amount: $ 5,700.00

15    Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16    market value.)    Yes ____ No ✓

17    not applicable

18    8.    What are your monthly expenses?

19    Rent: $ 1,200    Utilities: not applicable (paid by other tenant)

20    Food: $ 200    Clothing: 50    Gas: 60-80

21    Charge Accounts:

22    | Name of Account | Monthly Payment | Total Owed on This Account |
| --- | --- | --- |
| Wells Fargo Visa | $ 15.00 minimum | $ 801.43 |
| not applicable | $ not applicable | $ not applicable |
| not applicable | $ not applicable | $ not applicable |

26    9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27    they are payable.  Do not include account numbers.)

28    Yes, I owe for a student loan 21,174.01 payable to the US Department of Education (currently in forbearance due

- 3 -

to layoff. I also owe 2,500 to my father for the purchase of my used car mentioned above.

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____ No _✓_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

not applicable

not applicable

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/31/08

DATE                              SIGNATURE OF APPLICANT

- 4 -