FILED

08 AUG 19 PM 3:48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COURTNEY PADEN,

Plaintiff,

v.

FAMILY SERVICE AGENCY OF
SAN FRANCISCO,

Defendant.
_____/

Case No. C08-3673 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/16/08

Signature
Counsel for "pro se"
(Name of party or indicate "pro se")