**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                      415.522.2000


**August 21, 2008**

**CASE NUMBER:  CV 08-03673 EMC**
**CASE TITLE:  COURTNEY PADEN-v-FAMILY SERVICE AGENCY OF SAN FRANCISCO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Vaughn R. Walker** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/21/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                      Special Projects
Log Book Noted                                             Entered in Computer 8/21/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA