1  MICHAEL A. FARBSTEIN (SB#107030)
   FARBSTEIN & BLACKMAN
2  A Professional Corporation
   411 Borel Avenue, Suite 425
3  San Mateo, California  94402-3518

4  Telephone: (650) 554-6200
   Facsimile:  (650) 554-6240
5
   Attorneys for Defendant
6  FAMILY SERVICE AGENCY OF
   SAN FRANCISCO
7

8                  UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 COURTNEY PADEN,              )  CASE NO. C08-03673 VRW
                                )
12         Plaintiff,            )  STIPULATION TO CONTINUE
                                )  PRETRIAL CONFERENCE
13 vs.                          )
                                )
14 FAMILY SERVICE AGENCY OF     )
   SAN FRANCISCO,               )
15                              )  Complaint Filed:   07/31/08
           Defendant.            )  Case Reassigned:   09/08/08
16 _____ )  Pretrial Conference: 12/9/10

17     THE PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS OF

18 RECORD, STIPULATE AS FOLLOWS:

19

20     This case is presently set for Pretrial Conference on December 9, 2010 ordered by

21 the Honorable Vaughn R. Walker.  The matter arises from an alleged racial bias wrongful

22 termination of the plaintiff Courtney Paden by the defendant Family Service Agency of San

23 Francisco.

24

25     Good cause exists to continue the Pretrial Conference at this time pending the

26 reassignment of this matter in light of Judge Walker's retirement.

27

28     The parties request and stipulate to vacate the Pretrial Conference, currently

                                    1
                                       STIPULATION TO CONTINUE
                                       PRETRIAL CONFERENCE

1 | scheduled for December 9, 2010, with a new date to be determined pending reassignment
2 | of the matter to a new judge.

4 | SO STIPULATED AND REQUESTED:

6 | DATED: November 8, 2010        Respectfully submitted,

FARBSTEIN & BLACKMAN
A Professional Corporation

By _____
MICHAEL A. FARBSTEIN
Attorneys for Defendant
FAMILY SERVICE AGENCY OF
SAN FRANCISCO

DATED: November 8, 2010        Respectfully submitted,

LAW OFFICES OF RICHARD M. ROGERS

By _____
RICHARD M. ROGERS
Attorneys for Plaintiff
COURTNEY PADEN

**ORDER ~~CONTINUING~~ VACATING PRETRIAL CONFERENCE**

Given the stipulation of the parties and good cause appearing, the Pre Trial Conference in the above-referenced matter is hereby ~~continued from December 9, 2010,~~ Vacated to be rescheduled upon reassignment of the matter to a new judge.

Dated: 11/10/2010



Judge Vaughn R Walker