**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:    415/981-9788
Facsimile:     415/981-9798
Email:              RogersRMR@yahoo.com

Attorneys for Plaintiff
**COURTNEY PADEN**

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT FOR CALIFORNIA

| | |
|---|---|
| COURTNEY PADEN, )<br>            )<br>                   Plaintiff,   )<br>   v.    )<br>            )<br>            )<br>FAMILY SERVICE AGENCY OF SAN )<br>FRANCISCO,    )<br>            )<br>            )<br>                   Defendant.   )<br>_____) | **Case No.:  C08-03673 JW [ECF]**<br><br>Case filed:           07/08/08<br>Case reassigned:  09/08/08, 03/02/11<br>Trial date:            TBA<br><br>**STIPULATION TO DISMISSAL OF ACTION; ORDER** |

1  Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action
2  with prejudice, pursuant to a Settlement Agreement.

3  Respectfully submitted,

4  Dated: 9-20-11

LAW OFFICE OF RICHARD M. ROGERS

6  By: _____
RICHARD M. ROGERS
7  Attorneys for Plaintiff

8  Dated: 10-5-11

FARBSTEIN & BLACKMAN

10  By: _____
MICHAEL A. FARBSTEIN
11  Attorneys for Defendant

PADEN
/DISMISS.STIP

Case No.: C08-03673 JW [ECF]-- STIPULATION TO DISMISSAL OF ACTION; ORDER

1

1  **IT IS SO ORDERED.**

3  Dated: October 13, 2011          By: *James Ware*

4                                        JUDGE OF THE U.S. DISTRICT COURT

Case No.: C08-03673 JW [ECF]-- STIPULATION TO DISMISSAL OF ACTION; ORDER

PADEN
/DISMISS.STIP

1